**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01544-CV

### TRAVIS WICKES, Appellant

### V.

### STEPHANIE WICKES, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54063-2014**

## ORDER

We **GRANT** appellant's January 12, 2015 motion for an extension of time to file a brief **TO THE EXTENT** that appellant shall file a brief by **FEBRUARY 11, 2015**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE